IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


GRANDE VOITURE D'OHIO
LA SOCIETE DES 40 HOMMES
ET 8 CHEVAUX

         Plaintiff                 CASE NO. _____

     Vs
     .

MONTGOMERY COUNTY VOITURE
NO. 34 LA SOCIETE DES 40 HOMMES
ET 8 CHEVAUX


      and

CHARLES J. SIMPSON

                           (Montgomery County Ohio Common
         Defendants          Pleas Ct. Case No. 2018 CV 1457)

---

NOTICE OF REMOVAL OF STATE COURT ACTION TO U.S. DISTRICT COURT

---

Defendants, Voiture No. 34 La Societe des 40 Hommes et 8 Chevaux (now known as Huber Heights Veterans Club, Inc.) and Charles J. Simpson,  hereby give notice of the removal to the U.S. District Court of the post judgment proceeding pending in Case No.  2018 CV 1457, Montgomery County, Ohio  Common Pleas  Court . The proceeding is a supplemental complaint, (called a motion), asking for damages on account of alleged violation of an injunction.  There has been no service of summons on either Defendant.  These Defendants are all of the Defendants in the matter.  Defendants

1

each waive service of of the notice or removal.

The grounds for the removal  are the acts under color of authority which deny Defendants their right to due process and equal protection of the law.  Specifically Defendants are denied their right to present an answer and counterclaim and defend against the complaint/motion and have been denied their right to a trial by jury although expressly demanded.  28 USC 1443 provides that a case can be removed from a State Court on account of  violations of equal civil rights.  42 USC 1983 provides for a civil action for denial of civil rights under color of state law.

There has been no summons or  process served upon Defendants but Defendants attach hereto copies of: Plaintiff's complaint/motion (Ex. A);  the trial court's order striking  Defendants Answer, Counterclaim and Jury Demand, (Ex.B); the trial courts order of August 10, 2022 directed to Defendants and counsel  (Ex. C)' and the courts decision of Dec. 7,  2022 which remains open for enforcement (Ex. D) The matter is also pending on account of requests for writs of prohibition and mandamus made by Defendants to the Court of Appeals.   Judge Mellnick has recused herself from the case without making a final determination and the effect of that for the substitute, Judge Crawford, is not certain.   The actions of  Judge Mellnick are in excess of her authority and are subject to being declared null and void..

Defendants say that removal to the U.S. District Court is appropriate and proper. Defendants ask that the Court confirm the removal, issue a writ of certiorari to the State court to certify its record to this court and proceed to a fair and just adjudication of the Plaintiff's complaint/motion and the Defendants Answer, Counterclaim and jury demand.

2

Respectfully submitted

/s/ Charles J. Simpson

_____

Charles J. Simpson  (0007339)
Attorney for Defendants
157 Lammes Lane
New Carlisle, Ohio 45344
Tel. No. 937-845-8274
E-mail  cjslpa@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice of removal has been served upon Kevis A. Bowman, Attorney for Plaintiff, Grande Voiture D'Ohio , 130 W. Second St.-Suite 900, Dayton, Ohio 45402 by e-mail; upon Anu Sharma, Assistant Prosecuting Atty, Atty for Hon. Kimvwely A. Melnick, 301W. Third St.-5th Floor, Dayton, Ohio 45422 by e-mail and upon Hon. Dale Crawford, Visiting judge, 41 N. Perry St., Dayton, Ohio 45422, by regular mail, on the 8th day of June, 2023.

/s/ Charles J. Simpson

_____

Charles J. Simpson
Attorney for Defendants

3